Matthew KIMAN, Plaintiff, Appellant,

and

United States, Intervenor,

v.

NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS, et al., Defendants, Appellees.

No. 02–1099.

United States Court of Appeals, First Circuit.

June 13, 2003.

Before BOUDIN, Chief Judge, TORRUELLA, SELYA, LYNCH, HOWARD and LIPEZ, Circuit Judges.

## JUDGMENT OF THE EN BANC COURT

This appeal having been considered by the court en banc, the judgment of the district court is affirmed by an equally divided court.